UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In Re:                                                                  CASE NO.: 14-23288-BKC-PGH
                                                                        Chapter 7
PAMELA M. LUNNY

        Debtor.
_____/
MICHAEL R. BAKST Trustee in Bankruptcy
For Pamela M. Lunny

        Plaintiff,
vs.                                                                     Adv.Proc.No.:

PAMELA M. LUNNY

        Defendant.
_____/

## COMPLAINT TO REVOKE DISCHARGE PURSUANT TO
## 11 U.S.C. §727(a)(6) AND 11 U.S.C. § (d)(3)

The Trustee, **Michael R. Bakst Trustee in Bankruptcy for Pamela M. Lunny** (hereinafter referred to as "Trustee") by and through undersigned counsel, hereby sues the Defendant, **Pamela M. Lunny** (hereinafter referred to as the "Debtor") pursuant to Bankruptcy Rule 7001 and alleges:

### GENERAL ALLEGATIONS

1. This voluntary Chapter 7 proceeding was filed by the Debtor on June 9, 2014 (the "Petition Date").

2. This is an adversary proceeding brought by the Trustee, **Michael R. Bakst, Trustee in Bankruptcy for Pamela M. Lunny** to revoke the Debtor's discharge pursuant to 11 U.S.C. §727(a)(6), 11 U.S.C. §727(d)(3).

3. The Debtor received her discharge on September 12, 2014 [ECF#17].

1

24183611.1

3.  This Court has jurisdiction over this subject matter pursuant to 11 U.S.C. §§157 and 1334(b).

4.  This is a core proceeding for which the Court is authorized to hear and determine all matters regarding this case in accordance with 28 U.S.C. §157(b)(2)(E)&(J).

5.  Venue of this proceeding is properly before this Court pursuant to 28 U.S.C. §1409.

6.  The Debtor has a claim against Walmart for an incident that happened on or about July 20, 2012. Such cause of action is property of the bankruptcy estate.

7.  On December 11, 2014, the Trustee filed a Motion to Approve Employment of Special Counsel. [ECF#22) and on January 15, 2015, an Order Granting Trustee's Motion to Approve Employment of Special County was entered by the Court. [ECF#26]

8.  The Trustee filed a Motion to Compel Debtor to Cooperate with Special Counsel, Brian Scher, Esquire of the Law Office of Scher & Meltzer, P.A., in the Administration of the Debtor's Estate on June 5, 2015. [ECF#29].

9.  On June 26, 2015 [ECF#35], this Court entered an Order Granting Trustee's Motion to Compel Debtor to Cooperate with Special Counsel, Brian Scher, Esquire of the Law Office of Scher & Meltzer, P.A., in the Administration of the Debtor's Estate.

10. As of this date, the Debtor has still not cooperated with Special Counsel. Special Counsel has now advised the Trustee that the Debtor has disappeared although she told Special Counsel that she would be available.

## COUNT I -REVOCATION OF DISCHARGE PURSUANT TO 11 U.S.C. §727(a)(6)

11. The Trustee realleges paragraphs 1 through 10 as if fully set forth herein.

12. Pursuant to 11 U.S.C. §727(a)(6), the Court shall grant the debtor a discharge, unless:

> "The debtor has refused in the case - to obey any lawful Order of the Court, other than an Order to respond to a material question or to testify."

13. The Debtor, **Pamela M. Lunny** has refused to obey this Court's *Order Granting Trustee's Motion to Compel Pamela M. Lunny to Cooperate with Special Counsel, Brian T.*

2

24183611.1

*Scher, Esquire of the Law Office of Scher & Meltzer, P.A., in the Administration of the Debtor's Estate* [EC#29] which in turn justifies revoking of her discharge.

14. The discharge of **Pamela M. Lunny** should be revoked pursuant to 11 U.S.C. §727(a)(6).

**WHEREFORE**, the Trustee, **Michael R. Bakst, Trustee in Bankruptcy for Pamela M. Lunny,** by and through undersigned counsel, respectfully requests that this Court enter judgment revoking the discharge of **Pamela M. Lunny** pursuant to 11 U.S.C. §727(a)(6), plus grant such other and further relief as this Court deems just and proper.

### COUNT II - REVOCATION OF DISCHARGE PURSUANT TO 11 U.S.C. §727(d)(3)

15. Plaintiff realleges paragraphs 1 through 10 above as if fully set forth herein.

16. Pursuant to 11 U.S.C. § 727(d)(3): "[o]n request of the trustee, a creditor, or the United States Trustee, and after notice and a hearing, the court shall revoke a discharge granted under subsection (a) of this section if-

(3) the debtor committed an act specified in subsection (a)(6) of this section."

17. Pursuant to 11 U.S.C. (a)(6)(A): "The Court shall grant the debtor a discharge, unless the debtor has refused, in the case to obey any lawful order of the Court, other than an order to respond to a material question to testify."

18. The Debtor, in the present case, has refused to obey this Court's *Order Granting Trustee's Motion to Compel Pamela M. Lunny to Cooperate with Special Counsel, Brian T. Scher, Esquire of the Law Office of Scher & Meltzer, P.A., in the Administration of the Debtor's Estate* [EC#29] which in turn justifies revoking of her discharge.

**WHEREFORE**, the Trustee, **Michael R. Bakst, Trustee in Bankruptcy for Pamela M. Lunny,** by and through undersigned counsel, respectfully requests that this Court enter judgment revoking the discharge of **Pamela M. Lunny,** and grant such other and further relief as this Court deems just and proper.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

24183611.1

Dated on this the 2 day of October, 2015.

                                        **GREENSPOON MARDER, P.A.**

                                        _/s/ Michael R. Bakst_
                                        MICHAEL R. BAKST, ESQ.
                                        Attorney for Plaintiff
                                        Florida Bar No. 866377
                                        525 Okeechobee Blvd., Suite 1570
                                        West Palm Beach, FL 33401
                                        Telephone: (561) 838-4523
                                        Facsimile:   (561) 514-3423

emb/29511-0304

24183611.1